# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**v.**                      **No. 4:21-CR-00313-01-BRW**

**GABRIEL WESLEY**                                                                **DEFENDANT**

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 44) is DENIED.

Defendant asserts that he is entitled to a sentence reduction based on guideline Amendment 821's retroactive changes to "status points." Applying Amendment 821, Defendant's criminal history score goes from 14 to 13. However, his criminal history category remains VI, which means his guideline range is the same.[1]

IT IS SO ORDERED this 20th day of November, 2023.

                                                                        Billy Roy Wilson_____
                                                                        UNITED STATES DISTRICT JUDGE

---

[1] *See* U.S.S.G 1.10 (a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").